

| | |
|---|---|
| EDDY HSU (BAR # 245390)<br>LAW OFFICE OF EDDY HSU<br>1900 S NORFOLK ST, SUITE 350<br>SAN MATEO, CA 94403<br>(650) 577-5950<br>(650) 240-0123 FAX<br>Attorneys for Debtor(s), | Signed and Filed: February 22, 2019<br><br>_____<br>**HANNAH L. BLUMENSTIEL**<br>U.S. Bankruptcy Judge |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>**Lynda Yvonne Ruth**,<br><br>Debtor. | Case No. 18-31381 HLB<br><br>Chapter 13<br><br>ORDER GRANTING MOTION TO VACATE DISMISSAL |

The court grants Debtor's Ex Parte Motion Vacate Dismissal. For the reasons set forth in Debtor's Motion, the court hereby orders as follows:

ORDERED that the motion is granted and the order dismissing case (docket item 19) is vacated effective on the date of this order.

*** END OF ORDER ****

**COURT SERVICE LIST**

ECF Participants notified electronically